UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

Clay A. Moore
Gail A. Moore

CHAPTER 13
BK NO: 17-11368  MSH

**<u>MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13</u>**

Now come Clay A. Moore and Gail A. Moore (the "Debtors"), pursuant to 11 U.S.C. § 706, request that this Honorable Court enter an order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. In support of said motion, the Debtors state the following:

1. The Debtors filed for relief pursuant to Chapter 7 of the Bankruptcy Code on April 17, 2017.

2. This case has not been previously converted under 11 U.S.C. § 1112, §1208, or §1307.

WHEREFORE, the Debtors respectfully requests that this Honorable Court enter an Order converting this case under Chapter 7 to a Chapter 13 of the Bankruptcy Code; and other further relief as this Honorable Court deems meet and just.

Respectfully Submitted
Clay A Moore and Gail A. Moore,
Debtors
By and Through his Attorney

/s/ Felicia A. Manni-Paquette, Esq.
Felicia A. Manni-Paquette, Esq. (#660351)
Azzinaro, Manni-Paquette

1

        353 Armistice Boulevard
        Pawtucket, RI 02861
        Tel: (401) 729-1600   Fax: (401) 729-1611
        Email: amplaw@verizon.net

Dated: May 29, 2017

## **CERTIFICATE OF SERVICE**

I, Felicia A. Manni-Paquette, Esq., do hereby certify that on May 29, 2017, I electronically filed with the Clerk of the Bankruptcy Court the Debtor's Motion to Convert, and served same in the following manner upon the interested parties:

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

- Donald Lassman, Chapter 7 Trustee
- John Fitzgerald USTPRegion01.BO.ECF@USDOJ.GOV
- Alex F. Mattera, on behalf of Chapter 7 Trustee

By regular mail, postage prepaid on May 29, 2017, to all parties on the attached Exhibit "A".

*/s/Felicia A. Manni-Paquette*
Felicia A. Manni-Paquette
BBO#660351
Azzinaro, Manni-Paquette PC
353 Armistice Blvd
Pawtucket, RI 02861
Tel (401) 729-1600
Email : felicia@amplawpc.com