UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In RE:  Clay A. Moore                                              Chapter 7
And Gail A. Moore

Debtors                                                            BK No.  17-11368  MSH

## JOINT MOTION TO CONTINUE HEARING ON DEBTORS' MOTION TO CONVERT CASE TO CHAPTER 13;  DEBTORS' MOTION TO AMEND SCHEUDLE C, APPLICATION OF DONALD LASSMAN, CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE BROKER, DEBTORS' MOTION TO AMEND SCHEDULE A, AND DEBTORS' MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY

Now come the parties, the Debtors, Clay A. Moore and Gail A. Moore, and Donald R. Lassman, Chapter 7 Trustee, by and through their respective counsel, and humbly request that this Honorable Court continue the hearings on Debtors' Motion to Convert Chapter 7 Case to Chapter 13, Debtors' Motion to Amend Schedule C, Application of Donald Lassman, Chapter 7 trustee to Employ Real Estate Broker, Debtor's Motion to Amend Schedule A, and Debtor's Motion to Compel Trustee to Abandon Real property scheduled for Tuesday, July 25, 2017 for two weeks, to Tuesday, August 8, 2017.  As grounds therefore, the Debtors' attorney has a scheduling conflict with a matter in Rhode Island, that was expected to be a uncontested matter, that has now become contested.  In addition, in light of Debtor's Motion filed on July 20, 2017, the continuation will allow for response/objection from Trustee's counsel.  As such, the parties respectfully request a continuance to August  8, 2017.

WHEREFORE, the parties respectfully request that this Honorable Court continue the hearings on this matter to August 8, 2017, or a date convenient to this Honorable Court.

Dated: 07/21/2017

Respectfully Submitted:

| | |
|---|---|
| Clay and Gail Moore | Donald Lassman |
| By their attorney, | Chapter 7 Trustee, |
| | By his attorney, |
| | Alex F. Mattera, Esq. |
| | |
| /s/Felicia A. Manni-Paquette | /s/Alex F. Mattera |
| Felicia A. Manni-Paquette, Esq. | Alex F. Mattera, Esq. |
| BBO#660351 | BBO#641760 |
| Azzinaro, Manni-Paquette PC | Demeo LLP |
| 353 Armistice Blvd | 200 State Street |
| Pawtucket, RI 02861 | Boston, MA 02109 |
| Telephone : (401)-729-1600 | Telephone  (617) 263-2600 |
| Fax (401) 729-1611 | Fax (617) 263-2300 |
| Email : Felicia@amplawpc.com | Email : AMattera@DemeoLLP.com |

## CERTIFICATE OF SERVICE

    I, Felicia A. Manni-Paquette, Esq., do hereby certify that on July 21, 2017  I electronically filed with the Clerk of the Bankruptcy Court the above Motion to Continue Hearings in the within matter, and served same in the following manner upon the interested parties:

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

John Fitzgerald, Asst. U.S. Trustee
Donald Lassman, Chapter 7 Trustee
Alex F. Mattera, on behalf of Donald Lassman, Chapter 7 Trustee
PRA Receivables Mg

And by regular mail, postage prepaid, to creditors listed on attached mailing matrix.

      _/s/ Felicia A. Manni-Paquette____
      Felicia A. Manni-Paquette, Esq.